# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALECIA HERNANDEZ,<br>    Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 2:12-cv-120-LDD**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com